■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL NIEVES, Appellant. [765 NYS2d 783] —Judgment, Supreme Court, New York County (Renee White, J.), rendered July 11, 2000, convicting defendant, upon his plea of guilty, of attempted assault in the second degree, and sentencing him to a term of one year, unanimously affirmed.

Given the seriousness of the crime and the attendant circumstances, we perceive no basis for granting defendant youthful offender treatment (*see People v Drayton*, 39 NY2d 580, 584 [1976]). Concur—Tom, J.P., Saxe, Rosenberger and Marlow, JJ.